

# IN THE
## TENTH COURT OF APPEALS

_____

## No. 10-11-00005-CR

## IN RE ROBERT WHITFIELD

_____

## Original Proceeding

---

## MEMORANDUM  OPINION

---

Relator's "application" for writ of mandamus is denied.


REX D. DAVIS
Justice


Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed January 19, 2011
Do not publish
[OT06]